UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-01467 ADS Date: September 25, 2026

Title: *Julio Cruz v. Samir I Ibreighith, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On June 9, 2026, Plaintiff filed a Complaint. (Dkt No. 1.) A Summons and a Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued on June 12, 2026. (Dkt. Nos. 5-6.) The deadline for Plaintiff to serve the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent was September 21, 2026. Fed. R. of Civ. Proc. 4; C.D. Cal. L. R. 73-2. Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service. C.D. Cal. L. R. 4-6. To date, Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff must file a written response no later than **October 2, 2026.** Filing a proof of service that shows completed service upon defendants of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh